UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 4:11 CR 480-01 |
| Plaintiff | ) ) | |
| v. | ) ) | JUDGE SOLOMON OLIVER, JR. |
| CURVIN M. PIERRE-LOUIS, | ) ) | ORDER ACCEPTING PLEA AGREEMENT, JUDGMENT AND |
| Defendant | ) ) | REFERRAL TO U. S. PROBATION OFFICE |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge George J. Limbert, regarding the change of plea hearing of Curvin M. Pierre-Louis, which was referred to the Magistrate Judge with the consent of the parties.

On October 20, 2011, the government filed a seven-count Indictment, charging Defendant, Curvin M. Pierre-Louis, with Unlawful Dealing in Firearms, in violation of Title 18 United States Code, Sections 922(a)(1)(A), 923 (a) and 942(a)(1)(D); Possession of an Unregistered Firearm, in violation of Title 26 United States Code, Sections 5841, 5861(d) and 5871; False Statements to an FFL, in violation of Title 18 United States Code, Sections 922(a)(6) and 924(a)(2); and Conspiracy and False Statements to an FFL, in violation of Title 18 United States Code, Sections 2, 922(a)(6) and 924(a)(2). Defendant Pierre-Louis was arraigned on November 4, 2011, and entered a plea of not guilty to Counts 1-7, before Magistrate Judge George J. Limbert. On January 27, 2012, Magistrate Judge George J. Limbert, received Defendant Pierre-Louis' plea of guilty to Counts 1-7,

of the Indictment, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Curvin M. Pierre-Louis is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Pierre-Louis is adjudged guilty to Counts 1-7 of the Indictment, in violation of Title 18 United States Code, Sections 922(a)(1)(A), 923 (a) and 942(a)(1)(D), Unlawful Dealing in Firearms; Title 26 United States Code, Sections 5841, 5861(d) and 5871, Possession of an Unregistered Firearm; Title 18 United States Code, Sections 922(a)(6) and 924(a)(2), False Statements to an FFL; and Title 18 United States Code, Sections 2, 922(a)(6) and 924(a)(2), Conspiracy and False Statements to an FFL. This matter was referred to the U. S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be on April 12, 2012, at 10:00 a.m., in Courtroom 19-A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
CHIEF JUDGE
UNITED STATES DISTRICT COURT

February 13, 2012